1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| 12  NRA ENTERPRISES, INC., a California corporation; ALBERT AGDAIAN, an individual, | CASE NO. 2:22-CV-03016-AB-AGR |
| 13 | **JUDGMENT** |
| 14              Plaintiffs, | |
| 15 | |
| 16          v. | |
| 17  MIDAS INTERNATIONAL CORPORATION, n/k/a MIDAS INTERNATIONAL, LLC a Delaware limited liability company; and DOES 1-50, inclusive, | |
| 18 | |
| 19 | |
| 20              Defendants. | |

21

22

23

24

25

26

27

28

**JUDGMENT**

Pursuant to this Court's Order entered July 5, 2024 (Docket No. 40) granting Midas International, LLC's ("Defendant") Motion to Reopen Case (Docket No. 35) and Defendant's Motion to Confirm the Arbitration Awards and Enter Judgment (Docket No. 37), IT IS ORDERED AND ADJUDGED as follows:

1.     **JUDGMENT** is hereby entered in favor of Midas International, LLC and against NRA Enterprises Inc. and Albert Agdaian (collectively, "Plaintiffs") on all of Plaintiffs' claims filed in this action and such claims are dismissed with prejudice.

2.     **JUDGMENT** is hereby entered in favor of Midas International, LLC and against Plaintiffs on the claims of Plaintiffs filed in the arbitration proceedings between the parties assigned American Arbitration Association Case No. 1-22-0004-3411, including Plaintiffs' claims against Defendant for:

     a.     Conversion;

     b.     Breach of contract;

     c.     Unfair business practices under California Business and Professions Code Section 17200;

     d.     Open book account;

     e.     Account stated;

     f.     Unjust enrichment;

     g.     Trespass to chattels;

     h.     Goods and services rendered; and

     i.     Violation of California Business and Professions Code Section 20022(d).

3.     **JUDGMENT** is hereby entered in favor of Midas International, LLC and against Plaintiffs, jointly and severally, in the amount of **$169,147.31**, along with post-judgment interest.

4.     Albert Agdaian is hereby **ENJOINED** in accordance with Interim Award entered by Arbitrator Jason M. Murray of the American Arbitration Association on January 25, 2024 as follows:  If he has not done so already, Albert Agdaian must eliminate the maize and red color scheme from their sign at the Pasadena location.  Any replacement sign shall not have a yellow background and shall not have a red crescent.

DATED: September 30, 2024

Hon. André Birotte, Jr.
United States District Court Judge